# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMECKI, MICHAEL FRANCIS | § | Case No. 10-12839 |
| DOMECKI, MICHELLE LORRAINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By: /s/BRADLEY J. WALLER_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-12839 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | DOMECKI, MICHELLE LORRAINE | 341(a) Meeting Date: | 05/10/10 |
| For Period Ending: 09/19/12 | | Claims Bar Date: | 08/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19718 South Skidmore Court Frankfort, IL 60423 - | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Disney timeshare | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Harris Bank checking account xxx1308 | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. Harris Bank savings account xxx9680 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, DVD's, Compact Discs, Tapes/Records, Fami | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Necessary wearing apparel. | 120.00 | 0.00 | DA | 0.00 | FA |
| 8. Wedding bands, earrings, watch, costume jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Hobby equipment NORTHERN    DISTRICT   OF | 75.00 | 0.00 | DA | 0.00 | FA |
| 10. Northwestern Mutual Term Life Insurance - No Cas | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Whole Life Insurance - $0 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Pension w/ Employer/Former Employer - 100% Exemp | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Pension w/ Employer/Former Employer - 100% Exemp | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 14. American Honda Finance - 2002 Honda Civic with 6 | 3,300.00 | 0.00 | DA | 0.00 | FA |
| 15. 2003 Honda CR-V with 75,000 miles; paid in full | 5,775.00 | 0.00 | DA | 0.00 | FA |
| 16. 1/5 Interest in 5717 W. 139th , Crestwood, IL | Unknown | 0.00 | | 11,336.00 | 0.00 |
| 17. 3 Dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $249,620.00    $0.00    $11,336.00    $0.00

(Total Dollar Amount in Column 6)

_____

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 16.06f

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-12839  BB  Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | DOMECKI, MICHAEL FRANCIS | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | DOMECKI, MICHELLE LORRAINE | 341(a) Meeting Date: | 05/10/10 |
| | | Claims Bar Date: | 08/11/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-12839 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Bank Name: | Congressional Bank |
| | DOMECKI, MICHELLE LORRAINE | Account Number / CD #: | *******7813 Checking Account |
| Taxpayer ID No: | *******8670 | | |
| For Period Ending: | 09/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/12 | | BMO Harris Bank NA Chicago, IL | | 1110-000 | 11,336.00 | | 11,336.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,336.00 | 0.00 | 11,336.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,336.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,336.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7813 | 11,336.00 | 0.00 | 11,336.00 |
| | 11,336.00 | 0.00 | 11,336.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  11,336.00  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06f

| Page 1 | | | * ANALYSIS OF CLAIMS REGISTER | | | Date: September 19, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-12839  
Debtor Name: DOMECKI, MICHAEL FRANCIS  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113 | Unsecured | | $6,006.29 | $0.00 | $6,006.29 |
| 000002 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $11,691.98 | $0.00 | $11,691.98 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,659.18 | $0.00 | $4,659.18 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,325.24 | $0.00 | $2,325.24 |
| 000005 070 7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $2,453.92 | $0.00 | $2,453.92 |
| 000006 070 7100-00 | Precision Recovery Analytics, Inc<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $1,396.72 | $0.00 | $1,396.72 |
| 000007 070 7100-00 | Sallie Mae Inc, on behalf of the<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Unsecured | | $11,172.45 | $0.00 | $11,172.45 |
| 000008 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,627.71 | $0.00 | $12,627.71 |
| 000009 070 7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,713.60 | $0.00 | $2,713.60 |
| | Case Totals: | | | $55,047.09 | $0.00 | $55,047.09 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12839
Case Name: DOMECKI, MICHAEL FRANCIS
           DOMECKI, MICHELLE LORRAINE
Trustee Name: BRADLEY J. WALLER

       Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | KEYBANK | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | Chase Bank USA,N.A | $ | $ | $ |
| 000006 | Precision Recovery Analytics, Inc | $ | $ | $ |
| 000007 | Sallie Mae Inc, on behalf of the | $ | $ | $ |
| 000008 | Discover Bank | $ | $ | $ |
| 000009 | Capital Recovery III LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE