## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
DOMECKI, MICHAEL FRANCIS                §    Case No. 10-12839
DOMECKI, MICHELLE LORRAINE              §
                                        §
          Debtor(s)                     §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/19/2012 in Courtroom 201,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2012            By: /s/ Bradley J. Waller
                                                         Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMECKI, MICHAEL FRANCIS | § | Case No. 10-12839 |
| DOMECKI, MICHELLE LORRAINE | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,336.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,336.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 1,883.60 | $ 0.00 | $ 1,883.60 |
| Trustee Expenses: BRADLEY J. WALLER | $ 78.50 | $ 0.00 | $ 78.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,962.10 |
| Remaining Balance | $ | 9,373.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,047.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | KEYBANK | $ 6,006.29 | $ 0.00 | $ 1,022.80 |
| 000002 | Chase Bank USA, N.A. | $ 11,691.98 | $ 0.00 | $ 1,991.01 |
| 000003 | Chase Bank USA, N.A. | $ 4,659.18 | $ 0.00 | $ 793.41 |
| 000004 | Chase Bank USA, N.A. | $ 2,325.24 | $ 0.00 | $ 395.96 |
| 000005 | Chase Bank USA,N.A | $ 2,453.92 | $ 0.00 | $ 417.87 |
| 000006 | Precision Recovery Analytics, Inc | $ 1,396.72 | $ 0.00 | $ 237.85 |
| 000007 | Sallie Mae Inc, on behalf of the | $ 11,172.45 | $ 0.00 | $ 1,902.54 |
| 000008 | Discover Bank | $ 12,627.71 | $ 0.00 | $ 2,150.36 |
| 000009 | Capital Recovery III LLC | $ 2,713.60 | $ 0.00 | $ 462.10 |

Total to be paid to timely general unsecured creditors     $     9,373.90

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon              Page 1 of 1            Date Rcvd: May 11, 2010
Case: 10-12839                 Form ID: ntcftfc7          Total Noticed: 21
```

The following entities were noticed by first class mail on May 13, 2010.
```
db/jdb      +Michael Francis Domecki,  Michelle Lorraine Domecki,   19718 South Skidmore Court,
              Frankfort, IL 60423-8939
aty         +Salvador Gutierrez,   Law Offices of Peter Francis Geraci,   55 E Monroe Ste 3400,
              Chicago, IL 60603-5920
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15309199    +BAC HOME Loans Servici,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
15309198    +BAC HOME Loans Servicing,   Attn: Bankruptcy Dept.,   450 American St,
              Simi Valley, CA 93065-6285
15309205    +DEPT OF ED/SALLIE MAE,   Attn: Bankruptcy Dept.,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15309217     Disney's Saratoga Springs,   1960 Broadway,   Lake Buena Vista, FL 32830
15309206    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15309207    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15309201    +GE Capital Corp.,   C/O Equable Ascent Financi,   5 Revere Dr,   Northbrook, IL 60062-1566
15309200    +KEY Recvry,   Attn: Bankruptcy Dept.,   127 Public Sq,   Cleveland, OH 44114-1217
15309204    +NCO FIN/99,   Attn: Bankruptcy Dept.,   Po Box 15636,   Wilmington, DE 19850-5636
15309209    +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
15309208    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
```

The following entities were noticed by electronic transmission on May 11, 2010.
```
15309203     EDI: HNDA.COM May 11 2010 19:28:00      American Honda Finance,   Attn: Bankruptcy Dept.,
              2170 Point Blvd Ste 100,   Elgin, IL 60123
15309213    +EDI: CHASE.COM May 11 2010 19:33:00      CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,
              Wilmington, DE 19850-5298
15309211    +EDI: CAPITALONE.COM May 11 2010 19:23:00      Capital One,   Attn: Bankruptcy Dept.,
              Po Box 85520,   Richmond, VA 23285-5520
15309210    +EDI: DISCOVER.COM May 11 2010 19:23:00      Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,
              Po Box 15316,   Wilmington, DE 19850-5316
15309202    +EDI: RMSC.COM May 11 2010 19:28:00      GE Capital,   Bankruptcy Department,   PO Box 105989,
              Atlanta, GA 30348-5989
15309212    +EDI: RMSC.COM May 11 2010 19:28:00      GEMB/DICKS SPORTING,   Attn: Bankruptcy Dept.,
              Po Box 981439,   El Paso, TX 79998-1439
15309214    +EDI: CBSKOHLS.COM May 11 2010 19:23:00      Kohls/Chase,   Attn: Bankruptcy Dept.,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15309209    +EDI: SEARS.COM May 11 2010 19:23:00      Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,
              Sioux Falls, SD 57117-6189
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15309216*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
15309215*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2010**                    Signature:    _/s/ Joseph Speetjens_