UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMECKI, MICHAEL FRANCIS | § | Case No. 10-12839 |
| DOMECKI, MICHELLE LORRAINE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CAPITAL RECOVERY III LLC | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000008 | DISCOVER BANK | | | | | |
| 000001 | KEYBANK | | | | | |
| 000006 | PRECISION RECOVERY ANALYTICS, INC | | | | | |
| 000007 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-12839   BB   Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | DOMECKI, MICHELLE LORRAINE | 341(a) Meeting Date: | 05/10/10 |
| For Period Ending: | 11/09/12 | Claims Bar Date: | 08/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19718 South Skidmore Court Frankfort, IL 60423 - | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. Disney timeshare | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Harris Bank checking account xxx1308 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Harris Bank savings account xxx9680 | 250.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books, DVD's, Compact Discs, Tapes/Records, Fami | 0.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 120.00 | 0.00 | | 0.00 | FA |
| 8. Wedding bands, earrings, watch, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Hobby equipment NORTHERN    DISTRICT    OF | 75.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Term Life Insurance - No Cas | 0.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance - $0 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension w/ Employer/Former Employer - 100% Exemp | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. Pension w/ Employer/Former Employer - 100% Exemp | 20,000.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-12839 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | | | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | DOMECKI, MICHELLE LORRAINE | | | 341(a) Meeting Date: | 05/10/10 |
| | | | | Claims Bar Date: | 08/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. American Honda Finance - 2002 Honda Civic with 6 | 3,300.00 | 0.00 | | 0.00 | FA |
| 15. 2003 Honda CR-V with 75,000 miles; paid in full | 5,775.00 | 0.00 | | 0.00 | FA |
| 16. 1/5 Interest in 5717 W. 139th , Crestwood, IL | Unknown | 0.00 | | 11,336.00 | 0.00 |
| 17. 3 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 18. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. Entered in error. | 0.00 | 0.00 | | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $249,620.00 | $0.00 | | $11,336.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-12839 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Bank Name: | Congressional Bank |
| | DOMECKI, MICHELLE LORRAINE | Account Number / CD #: | *******7813  Checking Account |
| Taxpayer ID No: | *******8670 | | |
| For Period Ending: | 11/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/12 | | BMO Harris Bank NA<br>Chicago, IL | | 1110-000 | 11,336.00 | | 11,336.00 |
| 10/19/12 | 001001 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Compensation/Fees | 2100-000 | | 1,883.60 | 9,452.40 |
| 10/19/12 | 001002 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Expenses | 2200-000 | | 78.50 | 9,373.90 |
| 10/19/12 | 001003 | KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113 | Claim 000001, Payment 17.02881% | 7100-000 | | 1,022.80 | 8,351.10 |
| 10/19/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 17.02885% | 7100-000 | | 1,991.01 | 6,360.09 |
| 10/19/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 17.02896% | 7100-000 | | 793.41 | 5,566.68 |
| 10/19/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 17.02878% | 7100-000 | | 395.96 | 5,170.72 |
| 10/19/12 | 001007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 17.02867% | 7100-000 | | 417.87 | 4,752.85 |
| 10/19/12 | 001008 | Precision Recovery Analytics, Inc<br>c/o B-Line, LLC | Claim 000006, Payment 17.02918% | 7100-000 | | 237.85 | 4,515.00 |
| | | | Page Subtotals | | 11,336.00 | 6,821.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-12839 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Bank Name: | Congressional Bank |
|  | DOMECKI, MICHELLE LORRAINE | Account Number / CD #: | *******7813  Checking Account |
| Taxpayer ID No: | *******8670 |  |  |
| For Period Ending: | 11/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/12 | 001009 | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>Sallie Mae Inc, on behalf of the<br>Department of Education | Claim 000007, Payment 17.02885% | 7100-000 |  | 1,902.54 | 2,612.46 |
| 10/19/12 | 001010 | DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br>Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000008, Payment 17.02890% | 7100-000 |  | 2,150.36 | 462.10 |
| 10/19/12 | 001011 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 17.02904% | 7100-000 |  | 462.10 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 11,336.00 | 11,336.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 11,336.00 | 11,336.00 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 11,336.00 | 11,336.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Checking Account - *******7813 | 11,336.00 | 11,336.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 11,336.00 | 11,336.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        4,515.00

Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-12839 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | DOMECKI, MICHAEL FRANCIS | Bank Name: | Congressional Bank |
| | DOMECKI, MICHELLE LORRAINE | Account Number / CD #: | *******7813 Checking Account |
| Taxpayer ID No: | *******8670 | | |
| For Period Ending: | 11/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********7813

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*